NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1635

RODERICK PRESIDENT

VERSUS

RICHARD L.  STADLER, ET AL.

************

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT,
PARISH OF AVOYELLES, NO.  2002-4262,
HONORABLE WILLIAM BENNETT, DISTRICT JUDGE

************

JAMES T. GENOVESE
JUDGE

************

Court composed of Oswald A. Decuir, Michael G. Sullivan, and James T. Genovese, Judges.

**MOTION DENIED.**

RODERICK PRESIDENT
#384264, J.L.D.C.C., 3-W-21
1453  15th Street
Pineville, LA 71360
IN PROPER PERSON

J.  ALBERT ELLIS
ASSISTANT ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
DIVISION OF LITIGATION
Post Office Box 1710
Alexandria, LA 71309-5944
COUNSEL FOR RICHARD L.  STADLER, BARON KAYLO,
    RANDY PRENTICE, AND DR.  PACHECO